ROBERT M. ROSS
16133 Ventura Boulevard, Suite 1145
Encino, CA 91436
Tel: (818) 788-7007

Plaintiff in Pro Per

2007 JUN -6 P 4: 15

**UNITED STATES DISTRICT COURT**

**THE DISTRIC**

2:07-ms-00045-NA

ROBERT M. ROSS, an individual,

Plaintiff,

vs.

STEPHEN BROWN, an individual, MARY BROWN, an individual, MILAGRO ENTERTAINMENT, INC., a New York corporation, and DOES 1-10, inclusive,

Defendants.

REGISTRATION OF CERTIFIED JUDGMENT IN ANOTHER DISTRICT [Pursuant to FRCP 69]

TO THE COURT:

The plaintiff in Pro Per, ROBERT M. ROSS, hereby files a certified copy of the judgment, entered on April 26, 2007 in the United States District Court, Central District of California, in favor of plaintiff ROBERT M. ROSS and against

STEPHEN BROWN, MARY BROWN and MILAGRO ENTERTAINMENT, a New York corporation, jointly and severally, in the amount of $642,190.32 plus interest at the legal rate from the date of entry of judgment plus attorney's fees in the sum of $19,628.68 plus interest thereon at the legal rate.

The addresses for judgment debtors are as follows:

STEPHEN BROWN, 30 Highland Creek Drive, Henderson, NV 89052;

MARY BROWN, 30 Highland Creek Drive, Henderson, NV 89052.

Judgment creditors are unaware of whether or not judgment debtors own property in the District:

DATED: This 5th of June, 2007

_____
ROBERT M. ROSS, Plaintiff in Pro Per

-2-

REGISTRATION OF JUDGMENT

≈AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

## Central District of California

JIMMY JONES, an individual, ROBERT M. ROSS, an individual,

                      Plaintiffs,

V.

STEPHEN BROWN, an individual, MARY BROWN, an individual, MILAGRO ENTERTAINMENT, Inc., a New York Corporation,

                      Defendants.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: CV 06-6571 DDP (RCx)

I, _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _____4/26/07_____ , as it
                                                                                                                                                                                                                             Date

appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind * listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

MAY 3 1 2007
      Date

SHERRI R. CARTER
      Clerk

(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

Date Transmit    4/27/2007 10:08:28 AM

2:06-CV-06571

Gerda A Kleijkamp
Klass Helman and Ross
16133 Ventura Boulevard, Suite 1145
Encino, CA   91436

Number of Pages:   3

*It is hereby certified that this document was served by first class mail postage prepaid or by fax or e-mail delivery to counsel (or parties) at their respective address or fax number or e-mail address of record.*

GERDA A. KLEIJKAMP, State Bar No. 213772
KLASS, HELMAN & ROSS
16133 Ventura Boulevard, Suite 1145
Encino, California 91436-2424
Telephone: (818) 788-7007
Facsimile: (818) 990-2399

Attorneys for Plaintiffs
JIMMY JONES and ROBERT M. ROSS



FILED
CLERK, U.S. DISTRICT COURT
APR 25 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JONES, an individual, ROBERT M. ROSS, an individual, | Case No. CV 06-6571 DDP (RCx) |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| STEPHEN BROWN, an individual, MARY BROWN, an individual, MILAGRO ENTERTAINMENT, INC., a New York corporation, and DOES 1-10, inclusive, | Dept.: 3 (2nd Floor)<br>Judge: Hon. Dean D. Pregerson |
| Defendants. | |

On April 9, 2007, Plaintiffs' Motion for Entry of Default Judgment came on regularly for hearing before the Honorable Dean D. Pregerson in Court Room 3 of

-1-



JUDGMENT

the United States District Court for the Central District of California. After due consideration of the Plaintiffs' Motion and there being no opposition thereto, the Plaintiffs' Motion was granted and the Court hereby renders Judgment as follows:

1. Judgment is hereby rendered in favor of Plaintiff JIMMY JONES and against Defendant STEPHEN BROWN, an individual, in the amount of $175,200.00 plus interest at the rate of 10% per annum from January 5, 2007 to April 9, 2007, for a total sum of $179,664.00 plus interest at the legal rate from entry of this judgment;

2. Judgment is hereby rendered in favor of Plaintiff ROBERT M. ROSS and against Defendants STEPHEN BROWN, an individual; MILAGRO ENTERTAINMENT, INC., a New York corporation; and MARY BROWN, an individual, jointly and severally, in the amount of $626,234.22 plus interest at the rate of 10% per annum from January 5, 2007 to April 9, 2007, for a total sum of $642,190.32, plus interest at the legal rate from entry of this judgment;

3. It is further ordered that attorneys fees are awarded against Defendants STEPHEN BROWN, an individual; MILAGRO ENTERTAINMENT, INC., a New York corporation; and MARY BROWN, an individual, jointly and severally, in favor of Plaintiffs

JIMMY JONES and ROBERT M. ROSS in the total sum of

$19,628.68 plus interest at the legal rate from entry of this judgment.

DATED: ~~April 10, 2007~~

4-25-07

_____
HON. DEAN D. PREGERSON
Judge of the United States District
Court for the Central District

-3-

JUDGMENT

Judgment

I hereby attest and certify on May 30, 2007 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*Valerie E. Brennan*
DEPUTY CLERK



1170

```
            UNITED STATES
         U.S. District Court
              District of Nevada
              Southern Division

          #  00100471  -  JG
             June 6, 2007


    Code    Case #    Qty      Amount

    MISC. CA                1 @  39.00
                                   39.00 CK


    TOTAL→                       39.00


    FROM: KLASS HELMAN & ROSS
          16133 VENTURA BLVD #1145
          ENCINO, CA  91436
```