ROBERT M. ROSS
16133 Ventura Boulevard, Suite 1145
Encino, CA 91436
Tel: (818) 788-7007

Plaintiff in Pro Per

**UNITED STATES DISTRICT COURT**

**THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT M. ROSS, an individual,<br><br>      Plaintiff,<br><br>vs.<br><br>STEPHEN BROWN, an individual,<br>MARY BROWN, an individual,<br>MILAGRO ENTERTAINMENT, INC.,<br>a New York corporation, and DOES 1-<br>10, inclusive,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:07-ms-00045-NA

APPLICATION AND ORDER FOR
APPEARANCE AND
EXAMINATION OF JUDGMENT
DEBTOR AND REQUEST TO
PRODUCE [ENFORCEMENT OF
JUDGMENT]

Date:     August 3, 2007
Time:    11:00 a.m.
Place:    6955 Durango Drive,
          #2110
          Las Vegas, NV 89149

**ORDER FOR EXAMINATION OF JUDGMENT DEBTOR**

TO:      MARY BROWN

YOU ARE ORDERED TO APPEAR personally before this court, to furnish

information to aid in enforcement of a money judgment against you.

-1-

APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION OF
JUDGMENT DEBTOR

DATE OF APPEARANCE:            August 3, 2007

TIME OF APPEARANCE:            11:00 a.m.

PLACE OF APPEARANCE:            6955 North Durango Drive, # 2110

                                               Las Vegas, NV 89149

YOU ARE FURTHER ORDERED to produce at the time of the examination the documents listed on Exhibit "A" attached hereto and by this reference incorporated herein.

This order may be served by a sheriff, registered process server or the following specially appointed person: PAUL FAVA.

**This order must be served not less than 10 days before the date set for the examination.**

**DATE:**            _____

                           **JUDGE/MAGISTRATE OF THE
UNITED STATES DISTRICT COURT**

**NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.**

_____

–2–

_____

APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION OF
JUDGMENT DEBTOR

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

Judgment creditor, ROBERT M. ROSS, applies for an order requiring

**MARY BROWN** to appear and furnish information to aid in enforcement of the

money judgment or to answer concerning property or debt.

The person to be examined is the judgment debtor.

The person to be examined resides in this county or within 150 miles of the

place of examination.

This court is **not** the court in which the money judgment is entered.

The judgment was entered against Defendant MARY BROWN in the

United States District Court, Central District of California on April 26, 2007.

A certified judgment was registered in this court on June 6, 2007 [pursuant

to FRCP 69].

To this date the judgment remains unsatisfied.

The judgment debtor has **not** been examined within the past 120 days.

I declare under penalty of perjury under the laws of the State of California

that the foregoing is true and correct.

Date: June 22, 2007

ROBERT M. ROSS, Plaintiff in ProPer

–3–

APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION OF
JUDGMENT DEBTOR

## ATTACHMENT "A"

### DOCUMENTS TO BE PRODUCED

Unless otherwise specified, the time period covered by these requests is from January 1, 2006, to the date of your appearance for examination and production in accordance with the

Order for Appearance of Judgment Debtor to which this is attached.

1.    Your social security card.

2.    Your current driver license.

3.    Each, all and every statement and all cancelled checks from each, all and every bank, savings and loan, securities or other brokerage account(s) in your name or in the name of any business entity (whether corporate, partnership, limited liability company, joint venture or otherwise) in which you are a signatory upon the account or in which you have any legal, equitable or beneficial interest of ten percent (10%) or more, or for which you act as an officer or director.

4.    Any and all bank statements, and all cancelled checks, and each, all and every stock or securities account statements for all accounts (personal or business, checking, savings, credit union, securities and/or retirement accounts) in which you have an interest and/or in which you have any signature power or authority.

5.    Each, all and every contract, letter, correspondence or memorandum evidencing each, all and every business transaction or venture in which you are presently involved, including specifically any contracts of employment, shareholder agreements, option rights, corporate filings, business plans, business proposals, private placement memorandum, corporate and securities filings for each, all and every business entity (whether corporation, partnership, limited liability company, joint venture, or any other business or venture of whatever form).

6.    Any and all documents that constitute or refer, in any way, directly or indirectly, to any and all stocks, bonds, options, deeds, licenses, copyrights or other intangible assets in your name or in the name of any trust, or other business entity in which you have any legal, equitable or beneficial interest or in which you act as an officer or director or in which you or any member of your immediate family owns a legal, equitable or beneficial interest of ten percent (10%) or more.

7.    Any and all records of salaries, commissions, bonuses, income from employment, allowances, expenses, stocks, securities, options or any other sums of money or other compensation or remuneration paid to you by any person or entity within the last five (3) years.

8.    Any and all documents that constitute or refer to in
any way, directly or indirectly, to the name(s) and address(es)
of the person(s) who have custody of any and all records of
salaries, commissions, bonuses, allowances, securities, stocks,
options, expenses or other sums of money or other compensation or
remuneration paid to you within the last five (3) years.

9.    Any and all documents that evidence, constitute or
refer in any way, directly or indirectly, to any and all items of
real and personal property (tangible or intangible) in which you
claim any ownership interest or rights, (possessory or
contingent, whether encumbered or otherwise) including
automobiles (whether leased or owned), real property (whether
leased or owned), bank, stock or other brokerage accounts,
stocks, bonds, options or other securities, licenses, copyrights,
interests or rights in or to any literary or other works, and any
and all businesses (whether corporate, partnership, joint
venture, limited liability company or otherwise) which you now
own or claim any ownership interest in or which you have owned
between January 1, 2006, and the date of the production of
documents and your appearance as required hereunder.

10.    Any and all documents that constitute or refer in any
way, directly or indirectly, to the name(s) and address(es) of
the person(s) or entities to whom you have given a financial
statement in the last five (5) years, including any and all

Securities and Exchange Commission filings from January 1, 2006, through June 30, 2007.

11. Any and all documents that constitute or refer in any way, directly or indirectly, to any and all financial statements prepared by you or on your behalf in the last five (3) years.

12. Any and all documents that constitute or refer in any way, directly or indirectly, to the name(s) and address(es) of person(s) who have served as bookkeeper(s) or financial advisor(s) for you or any company or business entity operated by you for the past five (3) years.

13. Any and all documents that constitute or refer in any way, directly or indirectly, to any and all person(s) or entities to whom you have paid, given or conveyed any securities in any company, public or private, or any real or personal property of a value more than $500.00 in the last five (3) years.

14. Any and all documents that constitute or refer in any way, directly or indirectly, to any and all personal or real property including any securities or options on any securities of a value more than $500.00 which you have sold, given, paid, transferred or otherwise conveyed during the past five (3) years.

15. Any and all contracts entered into by you, in our individual capacity or on behalf of any corporation or other business entity in which you have or had any legal, beneficial or equitable interest from January 1, 2006, through June 30, 2007.

16.  Any and all documents that constitute or refer in any way, directly or indirectly, to any amount of money owed to you by any person(s) or entitles, including any corporation from and between January 1, 2006, and June 30, 2007.

17.  Any and all documents that constitute or refer to any legal cause of action, claim or suit, real or anticipated, by or against you now pending or of which you are now aware.

18.  Any and all documents that constitute or refer to the anticipated amount of recovery by you or any entity in which you have any legal, equitable or beneficial interest in any legal cause of action, claim, trust, note or payment of any debt owed to you or any entity in which you have any legal, equitable or beneficial interest.

19.  Any and all documents, bank account statements and all cancelled check of each entity which has served as a bank or other financial institution for you or any company or business entity in which you had any signatory power on any bank or security account for the last five (3) years.

20.  Any and all documents that constitute or refer to in any way, directly or indirectly, to any cash on hand held by you or on your behalf.

21.  Any and all documents that constitute or refer in any way, directly or indirectly, to any and all cash in any account owed or claimed by you, or any corporation or other business

entity in which you have any legal, equitable or beneficial
interest, deposited with any bank, securities broker, or other
financial institution(s) for the last five (5) years.

   22.  Any and all documents that constitute or refer in any
way, directly or indirectly, to any and all accounts receivable
now or at any time between January 1, 2006, and June 30, 2007,
owed to you or to any business entity in which you own any legal,
beneficial, or equitable interest and in which you hold any
office or directorship.

   23.  Any and all documents that constitute or refer in any
way, directly or indirectly, to any and all notes receivable held
by you or any business (corporation, joint venture, partnership,
limited liability company or any other form) in which you own any
legal, equitable or beneficial interest of ten percent (10%) or
more or in which you are an officer or director.

   24.  Any and all documents that constitute or refer in any
way, directly or indirectly, to any and all shares of stock and
any options for stock owned by you, your spouse or any trust in
which you or your spouse or any member of your family are
beneficiaries or in which you claim an interest.

   25.  Any and all documents that constitute or refer in any
way, directly or indirectly, to any and all interests you now may
have or had, since January 1, 2006, in any businesses, whether
partnerships, corporations or in any other form.

26.   Any and all documents that constitute or refer to in any way, directly or indirectly, to any and all intangible rights to any copyrights or licenses that you own or in which you claim and interest or which are owned by any corporation or business entity in which you are a partner, officer, direct or hold more than 10% of the outstanding shares or beneficial interest.

27.   Any and all documents that evidence the payment of your personal living expenses, including, but not limited to rent, food, school expenses, auto, gasoline, credit cards, insurance, medical, dental, transportation, travel and entertainment.

28.   Any and all documents that constitute or refer in any way, directly or indirectly, to any and all accounts payable of you or your spouses in which you claim to owe money, including account name(s), original amount owed, person or entity to whom said account is due, balance owing, payments made, maturity and collateral securing said indebtedness, if any, from January 1, 2006, to June 30, 2007.

29.   Any and all documents that constitute or refer in any way, directly or indirectly, to any unpaid taxes for which you are liable except those taxes already listed in connection with real estate.

30.   Any and all documents that constitute or refer, directly or indirectly, to any and all assets held in any trust or in any estate in which you claim or have an interest.

31.  Any and all documents that constitute or refer to in any way, directly or indirectly, to any and all assets, specifically including any securities of stocks, that are securing any indebtedness for which you are liable.

32.  Any and all documents that constitute or refer in any way, directly or indirectly, to any of your obligations to pay the leases, notes or other debts of any other person(s) or entities including any business or corporation.

33.  Any and all documents that constitute or refer in any way, directly or indirectly, to any and all dividends, annuities, or trust disbursements payable to you or in which you claim an interest.

34.  Any and all documents that constitute or refer to in any way, directly or indirectly, to any and all interest payable to you or in which you claim an interest.

35.  Any and all documents that constitute or refer to in any way, directly or indirectly, to any and all royalties payable to you or in which you claim an interest.

36.  Any and all documents that constitute or refer in any way, directly or indirectly, to any of your business expenses, including, but not limited to, all credit card expenditures whether reimbursed or not from January 1, 2006, through June 30, 2007.

37.  Any and all documents that constitute or refer in any way, directly or indirectly, to any insurance payments payable to you or to be made by you.

38.  Any and all documents that constitute or refer in any way, directly or indirectly, to any other assets owned by you or in which you claim an interest not already disclosed pursuant to this request.

39.  Any and all documents that constitute or refer in any way, directly or indirectly, to any outstanding contract(s) for which you are entitled to receive a commission or other compensation or remuneration and/or upon which you claim a right to receive a commission, compensation or remuneration, whether partial or complete.

40.  Any and all documents that constitute or refer to in any way, directly or indirectly, to any outstanding contact(s) for which you are entitled to receive a salary, bonus, stock, stock options or any other form of payment and/or upon which you claim a right to receive a salary, bonus, stock, stock options or any other form of payment.

41.  Any and all documents that constitute or refer in any way, directly or indirectly, to any outstanding contract(s) for which you are entitled to receive a commission or other compensation or remuneration of any kind and/or upon which you claim a right to receive a commission or compensation or

remuneration of any kind.

42. Any and all income tax returns, Federal and State, including all schedules and attachments thereto filed by you or on your behalf for the previous five (5) years.